## McClelland *v.* Haeberlein, Appellant.

Argued March 16, 1971. *Joseph G. Manta,* with him

*James M. March,* and *LaBrum and Doak,* for appellant; *Alexander A. DiSanti,* for appellee.

Order affirmed.

HOFFMAN, J., absent.